UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

          CASE NO. 95-CR-80043

    Plaintiff,          HONORABLE GEORGE CARAM STEEH

v.

SANDRA THOMPSON,

    Defendant.
_____/

### ORDER DENYING DEFENDANT'S MOTION FOR EXPUNGEMENT (DOC. #13)

This matter comes before the court on Defendant Sandra Thompson's pro se request for expungement. Being fully advised in the premises, having read the pleadings, Defendant's request is DENIED. As the Sixth Circuit observed in *United States v. Lucido*, 612 F.3d 871 (6th Cir. 2010), this court lacks ancillary jurisdiction over Defendant's expungement request. Accordingly, for the reasons explained in *Lucido*, this court DENIES Defendant's motion for expungement.

The court notes that it is within the authority of the President of the United States to grant clemency and expunge a federal criminal record. The prospects of such relief may be remote, and this court cannot endorse Defendant's request, but Defendant may explore the possibility. *See http://www.justice.gov/pardon/pardon_petition.htm* or contact the Office of the Pardon Attorney, U.S. Department of Justice, 1425 New York Avenue, NW, Suite 1100, Washington, D.C. 20530, tel: (202) 616-6070.

    IT IS SO ORDERED.

Dated: September 15, 2014

                                      s/George Caram Steeh
                                      GEORGE CARAM STEEH
                                      UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on September 15, 2014, by electronic and/or ordinary mail and also on Sandra Thompson, 19793 Littlefield, Detroit, MI 48235.

s/Barbara Radke
Deputy Clerk